# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. **CR 17-0774-FMO-01** | Date **June 28, 2022** |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Interpreter | None Present |

| Gabriela Garcia | None Present | Kathy J. Ostiller, David H. Chao, and Kristen A. Williams, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) TAMARA YVONNE MOTLEY | NOT | | X | Michael J. Khouri, Behzad Vahidi, and Michael Tran | NOT | | X |

**Proceedings:**     **(In Chambers) Order Re: Defendant's Letter**

    Having reviewed and considered defendant Tamara Motley's June 12, 2022, letter requesting substitution of counsel ("Letter"), IT IS ORDERED THAT:

    1.  Defendant's Letter shall be filed under seal and construed as a motion for substitution of counsel.  The Clerk shall provide a copy of the letter only to defendant's counsel.

    2.  Defendant and counsel for the parties shall attend a hearing on **July 11, 2022**, at **3:00 p.m.** in Courtroom 6D of the First Street Courthouse to address defendant's Letter.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | | gga | |