

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

REDACTED

| | | |
|---|---|---|
| U.S.A. | ) | Case No.: 2:17-cr-00774-SB -1 |
| Plaintiff(s), | ) | **JURY NOTE NUMBER:** ▇ |
| vs. | ) | Date: 6/21/2023 |
| Tamara Yvonne Motley | ) | Time: 8:25 AM |
| Defendant(s). | ) | |

2 OR 3 WEEKS AGO I SAW A MAN REPAIRING A POWER CHAIR IN FRONT OF THE BUILDING WHERE I LIVE. SOME OF THE RESIDENTS WERE TALKING ABOUT THE REPAIR PROCESS & SOMETHING ABOUT A FRAUD WITH THAT PROCESS. I DIDN'T RECALL ANY NAMES IF ANY WERE MENTIONED. I DON'T KNOW IF THAT HAS ANYTHING TO DO WITH THIS CASE.

SIGNED: ▇