Case 2:17-cr-00774-SB Document 470 Filed 06/22/23 Page 1 of 1 Page ID #:5913

FILED
06/22/2023
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: kss DEPUTY

Juror Note #2  Alt #1

CR 17-774 SB

USED TO WORK WITH A DENTIST THAT ~~HE~~ WENT TO COURT REGARDING A SIMILAR CASE.

& FAMILIAR WITH BILLING

UNDERSTAND THAT THE POLICE/LAW WANTS TO FIND ~~SENT~~ BIGGER FISH:
- SOCIAL WORKERS
- DOCTORS
- ~~EX~~ ETC.