FILED
CLERK, U.S. DISTRICT COURT

June 26, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ  DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>TAMARA YVONNE MOTLEY,<br><br>    Defendants, | CASE NUMBER<br><br>2:17cr00774(1)-SB<br><br>NOTICE OF COURT ORDER RE:<br>BAILIFF/MATRON'S PRESENCE<br>FOR JURY DELIBERATION |
|---|---|

TO: THE UNITED STATES MARSHAL

On, Judge Stanley Blumenfed, Jr. ORDERED that a bailiff or matron be present to provide security for the jury during its deliberation in the above-entitled case. Said bailiff or matron shall be present in the courtroom to take charge of the jury on **June 26, 2023** at **3:00 p.m.** This order shall remain in effect until the jury is discharged and/or the bailiff or matron is excused by the court.

Dated: June 26, 2023

CLERK, U.S. DISTRICT COURT

By _Catherine M. Jeang_
Catherine M. Jeang, Deputy Clerk

cc: File