# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 2:17-cr-00774-SB | Date | June 26, 2023 |
| Present: The Honorable | STANLEY BLUMENFELD, JR., UNITED STATES DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Catherine Jeang / Carla Badirian | Laura Elias | Kristen Williams / David Chao |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Tamara Yvonne Motley | X | | X | Mark Kassabian, CJA | X | X | |

| | Day COURT TRIAL | 5th | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | X | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified    X  Exhibits admitted |
| X | Government rests.    X  Defendant(s) rest. |
| | Motion for mistrial by ____ is ____ granted ____ denied ____ submitted |
| X | Motion for judgment of acquittal (FRCrP 29) is ____ granted  X  denied ____ submitted |
| X | Closing arguments made    X  Court instructs jury    X  Bailiff sworn |
| X | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. |
| X | Alternates excused    X  Jury retires to deliberate ____ Jury resumes deliberations |
| | Finding by Court as follows:    Jury Verdict as follows: |
| Dft # | ____ Guilty on count(s) ____    Not Guilty on count(s) ____ |
| | Jury polled ____ Polling waived |
| X | Filed Witness & Exhibit lists ____ Filed Jury notes  X  Filed Jury Instructions ____ Filed Jury Verdict |
| Dft # | ____ Referred to Probation Office for Investigation & Report and continued to ____ for sentencing. |
| Dft # | ____ remanded to custody.  Remand/Release# ____ issd.  Dft # ____ released from custody. |
| | Bond exonerated as to Dft # ____ |
| X | Case continued to **June 27, 2023, at 8:30 a.m.** for further trial/further jury deliberation. |
| | Other: |

05 : 53

Initials of Deputy Clerk    CMJ

**cc:    U.S. Probation and Pretrial Services**