**REDACTED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

June 27, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ  DEPUTY

| | |
|---|---|
| United States of America<br>  Plaintiff(s),<br><br>vs.<br>Tamara Yvonne Motley<br><br>  Defendant(s). | CASE NO.:   CR 17-00774-SB<br><br>JURY NOTE #: 3<br><br>TIME: 11:41 |

☒ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☐ The jury requests the following:

_____

_____

_____

_____

_____

_____

Dated: 6/27/23                                        _____
                                                                              Foreperson of the Jury