REDACTED

FILED
CLERK, U.S. DISTRICT COURT

June 27, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CMJ_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00774-SB-1 |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| TAMARA YVONNE MOTLEY, aka "Tamara Ogembe," aka "Tamara Motley-Ogembe," | |
| Defendant. | |

**COUNT ONE**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X_ GUILTY

of Health Care Fraud as charged in Count One of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary M.R., on or about February 20, 2013.

**COUNT TWO**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Health Care Fraud as charged in Count Two of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary M.V., on or about March 7, 2013.

3

**COUNT THREE**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Health Care Fraud as charged in Count Three of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary M.F., on or about October 25, 2013.

**COUNT FOUR**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Health Care Fraud as charged in Count Four of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary R.B., on or about December 4, 2013.

## COUNT FIVE

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Five of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary J.G.E., on or about December 31, 2013.

## COUNT SIX

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Six of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary J.C., on or about January 2, 2014.

**COUNT SEVEN**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Seven of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary G.H., on or about March 27, 2014.

1

**COUNT EIGHT**

2      We, the jury in the above-captioned case, unanimously find defendant Tamara

3  Yvonne Motley:

4

5             _____ NOT GUILTY

6

7             _X_ GUILTY

8

9  of Health Care Fraud as charged in Count Eight of the Indictment, based on a claim

10  submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary

11  M.D.V., on or about March 27, 2014.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9

**COUNT NINE**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____NOT GUILTY

___X___GUILTY

of Health Care Fraud as charged in Count Nine of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary F.F.P., on or about May 28, 2014.

**<u>COUNT TEN</u>**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Health Care Fraud as charged in Count Ten of the Indictment, based on a claim submitted to Medicare by Action Medical Equipment and Supplies, Inc., for beneficiary M.V., on or about July 7, 2014.

**COUNT ELEVEN**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

      \_\_\_\_\_NOT GUILTY

      \_GUILTY

of Health Care Fraud as charged in Count Eleven of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary M.D.V., on or about November 10, 2014.

**COUNT TWELVE**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____NOT GUILTY

__X__GUILTY

of Health Care Fraud as charged in Count Twelve of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary F.F.P., on or about November 19, 2014.

**COUNT THIRTEEN**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____NOT GUILTY

$\times$___GUILTY

of Health Care Fraud as charged in Count Thirteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary J.C., on or about January 20, 2015.

**COUNT FOURTEEN**

     We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

      \_\_\_\_\_NOT GUILTY

      \_\_X\_\_GUILTY

of Health Care Fraud as charged in Count Fourteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary M.V., on or about February 13, 2015.

**COUNT FIFTEEN**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Fifteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary J.G.E., on or about February 20, 2015.

## COUNT SIXTEEN

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

\_\_\_\_\_NOT GUILTY

X\_\_\_\_GUILTY

of Health Care Fraud as charged in Count Sixteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary F.F.P., on or about August 4, 2015.

17

**COUNT SEVENTEEN**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

\_\_\_\_\_NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Seventeen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary E.V.V., on or about November 25, 2015.

18

**COUNT EIGHTEEN**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Health Care Fraud as charged in Count Eighteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary J.C., on or about December 16, 2015.

**COUNT NINETEEN**

We, the jury in the above-captioned case, unanimously find defendant Tamara Yvonne Motley:

_____ NOT GUILTY

X GUILTY

of Health Care Fraud as charged in Count Nineteen of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary M.D.V., on or about May 19, 2016.

20

**COUNT TWENTY**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____ NOT GUILTY

$\times$ GUILTY

of Health Care Fraud as charged in Count Twenty of the Indictment, based on a claim submitted to Medicare by Kaja Medical Equipment & Supply, Inc., for beneficiary F.F.P., on or about May 25, 2016.

**COUNT TWENTY-ONE**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____NOT GUILTY

___X___ GUILTY

of Aggravated Identity Theft, as charged in Count Twenty-One of the Indictment, in relation to B.M. and during and in relation to a felony violation of Title 18, United States Code, Section 1347 (health care fraud), as charged in Counts One, Two, Three, Four, Five, Six, Nine, and Ten of the Indictment, with all of us agreeing that the conduct was during and in relation to the following health care fraud count(s) (select all that apply):

___X___ COUNT ONE
___X___ COUNT TWO
___X___ COUNT THREE
___X___ COUNT FOUR
___X___ COUNT FIVE
___X___ COUNT SIX
___X___ COUNT NINE
___X___ COUNT TEN

**COUNT TWENTY-TWO**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Aggravated Identity Theft, as charged in Count Twenty-Two of the Indictment, in relation to B.B. and during and in relation to a felony violation of Title 18, United States Code, Section 1347 (health care fraud), as charged in Counts Seven, Eight, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, Nineteen, and Twenty of the Indictment, with all of us agreeing that the conduct was during and in relation to the following health care fraud count(s) (select all that apply):

___X___ COUNT SEVEN

___X___ COUNT EIGHT

___X___ COUNT ELEVEN

___X___ COUNT TWELVE

___X___ COUNT THIRTEEN

___X___ COUNT FOURTEEN

___X___ COUNT FIFTEEN

___X___ COUNT SIXTEEN

___X___ COUNT SEVENTEEN

___X___ COUNT EIGHTEEN

___X___ COUNT NINETEEN

___X___ COUNT TWENTY

23

**COUNT TWENTY-THREE**

We, the jury in the above-captioned case, unanimously find the defendant Tamara Yvonne Motley:

_____ NOT GUILTY

___X___ GUILTY

of Conspiracy to Launder Monetary Instruments as charged in Count Twenty-Three of the Indictment.

Date: 6/27/23

_____
Foreperson

24