Tamara Yvonna Motley # 75741112
c/o Victorville Camp FCI Medium I
PO Box 5300
Adelanto, CA 92301

FILED
CLERK, U.S. DISTRICT COURT
FEB - 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___CBD___ DEPUTY

In the United States District Court for the District of Central District of Los Angeles

United States of America,
   Plaintiff,
vs.
Tamara Yvonna Motley,
   Defendant.

CR. Case No. 2:17-CR-774-SB

Motion to Correct Sentence Based on Retroactive Criminal History Category of United States Sentencing Guidelines ("USSG") Section 1B1.10

Motion to Correct Sentence Based on Retroactive of Criminal History Category of the United States Sentencing Guidelines ("USSG") Section 1B1.10

I am proceeding pro se, "a document filed by pro se is to be liberally construed and pro se complaint, however inartfully pleaded must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197, 104 L.Ed 2d 1081 (2007)(internal quotation marks and citations omitted).

I. Relevant Facts

I am seeking a correction of my sentence in my case due to the passage of USSG 1B1.13 criminal history amendments relating to "status points" and certain "zero point" offender, which I am a ___zero-point___ offender, which became effective on November 1, 2023.

I was sentenced on ___December 6, 2023___ and received a sentence of term of incarceration of ___166___ months and ___3___ years of supervised release. On May 1, 2023, the United States Sentencing Commission submitted to Congress amendments to the sentencing guidelines and official commentary, which became effective on November 1, 2023. Section 3582(c)(2) of Title 18, United States Code, provides that "in the case of the defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of defendant or the Director of Bureau of Prisons ("BOP"), or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in Section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." Pursuant to 28 U.S.C. § 994(u), "[i]f the Commission reduces the term of imprisonment recommended in the guidelines applicable to a particular offense or category of offenses it shall specify in what circumstances and by what amount the sentences of prisoners serving terms of imprisonment for the offense may be reduced."

II. Reduction in Term of Imprisonment as a Result of Amended Guideline Range for ___zero point___ Criminal History Points at New USSG Section 4C1.1 (Adjustment for certain ___zero___-Point Offenders)

I am asking that my sentence be reduced by ___36___ months, due to the new changes.

III. Conclusion

I ask that my motion be granted.

___[signature] Tamara Y. Motley___                    , Adelanto, CA

Tamara Yvonna Motley #75741112
Victorville Camp FCI Medium, I
PO Box 5300
Adelanto, CA  92301

SN BERNARDINO CA  923
29 JAN 2024 PM 4 L

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB -1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY



Attn: Clerk
U.S. Courthouse
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

90012-456585

